IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JOHN DOE,

Plaintiff,

v.

UNIVERSAL MUSIC GROUP, SONY MUSIC ENTERTAINMENT, WARNER MUSIC GROUP, STREAMING SERVICES, RECORD LABELS, DISTRIBUTORS, PERFORMERS, PRODUCERS, and DOES 1–500,

Defendants.

Case No.: 3:25-cv-00333-CLB

MOTION TO EXPEDITE SCREENING REVIEW

(Filed by Plaintiff, Pro Se)

DATED: July 7, 2025

---

NOW COMES Plaintiff, JOHN DOE, appearing pro se and under a pseudonym, respectfully moving this Honorable Court to expedite the screening process of the above-captioned matter.

GROUNDS FOR EXPEDITED SCREENING:

1. Grave Social Implications

This action alleges an ongoing pattern of racketeering, psychological manipulation, and systemic harm involving some of the most influential corporate and cultural entities in the nation. The civil RICO and conspiracy claims, rooted in substantial documentary and academic evidence, implicate billion-dollar industries that have caused far-reaching harm to public health and safety.

2. Public Interest and Imminent Harm

Plaintiff presents well-documented allegations that demonstrate how vulnerable communities, youth, and incarcerated individuals are subjected to media content that incites violence, glorifies drug abuse, promotes misogyny, and causes mental deterioration. These practices, compounded by the covert deployment of artificial intelligence in content engineering, constitute a continuing public health crisis that must be addressed swiftly.

3. Preservation of Evidence and Judicial Economy

Delays in screening and advancing the case to discovery risk the loss or manipulation of digital evidence and deny Plaintiff timely access to the very records, communications, and data analytics needed to substantiate the ongoing injury and enterprise conduct. An expedited screening process will serve the interests of justice and conserve judicial resources by allowing prompt evaluation and response.

4. Extraordinary Circumstances and National Relevance

Given the extensive documentation, public statements, and expert analyses attached to this Complaint—including statistical data, psychological research, and relevant commentary from former industry insiders—this case presents extraordinary circumstances of national consequence. As such, immediate review is warranted to evaluate the viability of the claims and to initiate the fact-finding process.

PRAYER FOR RELIEF:

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Expedite the screening review of the Complaint pursuant to 28 U.S.C. § 1915 and Local Rules;

2. Issue an Order prioritizing early judicial review of the pleading and motions already filed;

3. Grant such further relief as the Court deems just and proper in the interest of timely justice and public accountability.

Respectfully submitted,

DATED: July 7, 2025

BY: /s/ John Doe

JOHN DOE

Plaintiff, Pro Se

[No contact information provided due to pseudonym and privacy concerns]